**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re Innovatio IP Ventures, LLC, Patent
Litigation
_____

This Document Relates To:

All Cases

Case No. 1:12-cv-427

Judge James F. Holderman
Magistrate Judge Sidney Schenkier

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, NETGEAR, Inc. ("NETGEAR") and Innovatio IP Ventures, LLC, Innovatio

Management, LLC, and Noel B. Whitley (collectively, "Innovatio") announced to the Court that

they have settled their respective claims for relief asserted in the above-captioned actions. The

Court, having considered this request, is of the opinion that their request for dismissal should be

GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims by NETGEAR against

Innovatio and by Innovatio against NETGEAR in the above-captioned actions, including Case

Nos. 1:11-cv-09308 (consolidated) and 1-12-cv-00427 (originally 1:11-cv-01139 (D. Del.)), are

dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all claims by Innovatio against NETGEAR customers

in any of the actions consolidated in Case No. 1:11-cv-09308 (including, but not limited to, 1:12-

cv-00427) based on their making (including using any apparatus or practicing any method in

making), using, selling, offering for sale, leasing, exporting, importing, or otherwise disposing of

any NETGEAR product or any combination of a NETGEAR product with one or more other

items, are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be

borne by the party incurring the same.

This is a final judgment.

Signed this 21st day of February, 2014.

_____
JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE